**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6666**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LEMUEL KINNEY,

Defendant - Appellant,

and

ELECTRONIC SYSTEMS ASSOCIATES, INCORPORATED,

Defendant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-94-57-A, CA-95-1697-AM)

---

Submitted: October 8, 1996        Decided: October 22, 1996

---

Before HAMILTON, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lemuel Kinney, Appellant Pro Se. Natalia Combs Greene, William T. Henderson, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lemuel Kinney appeals from the district court's order dismissing his motion under 28 U.S.C. § 2255 (1994), <u>as amended by</u> Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 114. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Kinney</u>, Nos. CR-94-57-A; CA-95-1697-AM (E.D. Va. Mar. 27, 1996). Kinney's motion to supplement the record on appeal is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>